NELLIE G. SYMONETTE, *Appellant,* v. ROLAND T. SYMO-
NETTE, *Appellee.*

Decision Filed October 29, 1923.

This case was decided by Division B.

An Appeal from a Decree of the Circuit Court within
and for the County of Dade; H. Pierre Branning, Judge.

*R. H. Seymour,* for Appellant;

*Willard & Knight,* for Appellee.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of
the decree herein, and briefs and argument of counsel for
the respective parties, and the record having been seen
and inspected, and the Court being now advised of its
judgment to be given in the premises, it seems to the Court
that there is no error in the said decree; it is, therefore,
considered, ordered and decreed by the Court that the
said decree of the Circuit Court be, and the same is
hereby, affirmed.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., concur.